1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISAIAS PITSUM,

                    Petitioner,

    v.

NATHALIE ASHER,

                    Respondent.

CASE NO. C20-1314-RSM-BAT

**ORDER APPOINTING FEDERAL
PUBLIC DEFENDER**

      The Court **GRANTS** Petitioner's motion to appoint the Federal Public Defender ("FPD") as counsel, Dkt. 9, and **ORDERS**:

      (1)     The FPD is appointed to represent petitioner in this case.

      (3)     The Clerk shall provide a copy of this Order to petitioner, the FPD, and the assigned District Judge.

      DATED this 6th day of October, 2020.

                                 _____

                                   BRIAN A. TSUCHIDA
                                   Chief United States Magistrate Judge